961 A.2d 55

Steven BOYD, Petitioner

v.

PHILADELPHIA TRAFFIC COURT, Respondent.

No. 142 EM 2008.

Supreme Court of Pennsylvania.

Nov. 19, 2008.

## ORDER

PER CURIAM.

AND NOW, this 19th day of November, 2008, the Application for Leave to File Original Process is **GRANTED,** and the

162

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**